RECEIVED AND FILED
DESOTO PARISH, LA

2022 JAN 27 PM 12: 23

| | |
|---|---|
| **NICHOLAS JOHNSON** | **NUMBER:** 83792 B |
| **VERSUS** | **42ND JUDICIAL DISTRICT COURT** |
| **MANVIR LITT, ET AL** | **DESOTO PARISH, LOUISIANA** |

## PETITION FOR DAMAGES

NOW COMES Plaintiff, Nicholas Johnson, who is a citizen of the full age of majority and resides in Sabine Parish, Louisiana, who, with respect, represent and show as follows:

1.

Made Defendants here in are:

A. **MANVIR S. LITT**, a person of the full age of majority, who may be served via the long-arm statute at 11824 SE 236th Street, Kent, Washington, 98031;

B. **PAUL TRANSPORT**, a foreign entity with no agent for service of process, which may be served via the long-arm statute at 1988 Gordon Verner Cir., Stockton, CA 95206;

C. **SCOTTSDALE INSURANCE COMPANY**, a foreign insurance company licensed to do and doing business in the State of Louisiana and who may be served through its duly appointed Agent for Service of Process, the Louisiana Secretary of State, Honorable R. Kyle Ardoin, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

On January 30, 2021, a wreck occurred on Interstate Highway 49 near milepost 185 in Desoto Parish, Louisiana, involving a 2015 Freightliner 125, which was operated by MANVIR LITT and owned by his employer, Paul Transport; and a 2007 Mac 613, which was operated by Nicholas Johnson and owned by his employer, John Stewart Trucking, LLC.

3.

MANVIR LITT endangered the public and caused Plaintiff's harm by:
   a. Striking the JOHNSON vehicle from behind;
   b. Failing to see what he should have seen;
   c. Failure to keep a proper lookout for and observe the traffic, particularly the JOHNSON vehicle, traveling in front of the LITT vehicle;
   d. Operating the LITT vehicle in an inattentive manner;
   e. Failing to bring the LITT vehicle to a stop prior to striking the JOHNSON vehicle;
   f. Failing to take precautionary measures to avoid the crash;
   g. Driving while distracted;
   h. Operating the vehicle in a careless and reckless manner; and
   i. Failing to slow the LITT vehicle prior to striking the JOHNSON vehicle.

4.

MANVIR LITT was in the course and scope of his employment with PAUL TRANSPORT at all times relevant herein. Paul Transport is vicariously liable for the negligent acts of its employee.

PROCESSED 1-27 2022

Deputy Clerk

1

5.

Paul Transport has a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by Paul Transport caused Plaintiff's injuries and harm. Paul Transport was negligent in its hiring, retention, training, and supervision of its employees. This negligence was jointly a cause of plaintiff's harm.

6.

Prior to the above-described crash, SCOTTSDALE SECURITY INSURANCE COMPANY, Defendant, issued a policy of liability insurance to Paul Transport and/or MANVIR LITT and/or one in which the named vehicle was the vehicle hereinabove mentioned, which policy provided coverage in the event of liability as alleged in this petition. Petitioner shows that said policy was in full force and effect at the time of this crash.

7.

Defendants' reckless and negligent conduct caused harms to NICHOLAS JOHNSON. Defendants are responsible for Nicholas Johnson's past, present, and future (1) medical expenses; (2) pain and suffering; (3) mental pain and anguish; (4) loss of enjoyment of life; (5) scarring and disfigurement; (6) functional impairment/disability; and (7) lost wages.

8

Plaintiff's claims equal or exceed the amount required for jury trial.

9.

Plaintiff requests written notice of the date of trial of the above matter, as well as, notice of hearings (whether on the merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, by the Judge or by any member of the court, as provided by Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914.

WHEREFORE, Petitioner, Nicholas Johnson, prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, costs, and interest should be borne by defendants. Petitioner further prays for all such other relief as law, equity and the nature of the case may permit.

Respectfully submitted,

T. TAYLOR TOWNSEND, LLC

_____
T. Taylor Townsend
La. Bar Roll #20021
320 St. Denis Street
Post Office Box 784
Desoto, Louisiana 71458-0784
(318) 238-3612 Telephone
(318) 238-6103 Facsimile
Attorneys for Plaintiff

A TRUE COPY - ATTEST

Please serve the defendants pursuant to the instructions contained in paragraph 1.

Clerk of the District Court
DeSoto Parish, Louisiana

2