**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **NICHOLAS JOHNSON** | **CASE NO. 5:22-CV-00820** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MANVIR LITT, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**PROPOSED ORDER**

Considering the foregoing Motion to Consolidate:

IT IS ORDERED, ADJUDGED AND DECREED that the action entitled "*Nicholas Johnson v. Manvir Litt, et al.*" bearing the case number 5:22-cv-00820 be consolidated with the earlier filed matter, "*Manvir Litt v. Berkshire Hathaway Homestate Insurance, et al.*" bearing the case number 5:21-cv-01277, pursuant to Federal Rule of Civil Procedure 42 (a).

April 18, 2022


JUDGE