UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **NICHOLAS JOHNSON** | **CIVIL ACTION NO. 22-CV-0820** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MANVIR S. LITT, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 23] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Involuntary Dismissal [Doc. No. 21] filed by Defendant Manvir S. Litt is **GRANTED** and all claims against Manvir S. Litt are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 11th day of January, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE